No. 74–938.  LAUSCHE v. COMMISSIONER OF PUBLIC WELFARE ET AL.  Sup. Ct. Minn.  Certiorari denied.

No. 74–945.  RIESS ET UX. v. MURCHISON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 74–962.  BOYD v. PENNSYLVANIA STATE BOARD OF OSTEOPATHIC EXAMINERS.  Pa. Commw. Ct.  Certiorari denied.

No. 74–999.  BEDFORD AVIATION, INC. v. MASSACHUSETTS PORT AUTHORITY.  C. A. 1st Cir.  Certiorari denied.

No. 74–5746.  MORGAN v. SWENSON, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 74–937.  LOUIS ET AL. v. PENNSYLVANIA INDUSTRIAL DEVELOPMENT AUTHORITY ET AL.  C. A. 3d Cir. Certiorari denied.

No. 74–5789.  DEBENEDICTUS v. UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 74–5796.  REID v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 74–5812.  SCHALL ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5820.  SNYDER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5833.  MESSINA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.